UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL PARAGON CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Defendant. | Case No. 25-cv-04210-RS<br><br>**ORDER GRANTING MOTION TO DISMISS** |

In this insurance coverage dispute, removed from state court, defendant does not challenge the adequacy of plaintiffs' pleading as to their claims for breach of contract and breach of the covenant of good faith and fair dealing. Defendant moves to dismiss a claim for bad faith as duplicative of the breach of the covenant of good faith and fair dealing, and six other claims brought under various theories. Plaintiffs filed no opposition to the motion, and the deadline to do so has expired.

Good cause appearing, the motion to dismiss is granted, with leave to amend. Plaintiffs must file any amended complaint, or a statement that they do not intend to amend, within two weeks of the date of this order. Plaintiffs are cautioned not to reassert any of the dismissed claims absent a good faith belief that their amendments are sufficient to overcome any valid points raised in the motion to dismiss.

**IT IS SO ORDERED**.

Dated: September 4, 2025

_____
RICHARD SEEBORG
Chief United States District Judge